# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### Northern Division

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| | |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| *Plaintiffs,* | |
| | * |
| v. | |
| | * |
| BALTIMORE POLICE DEPARTMENT, | |
| *et al.,* | * |
| | |
| *Defendants.* | * |
| | |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _OFFiLer Helena Thomas_____, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky,

Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar

No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a
settlement committee as my representative to make decisions on my behalf concerning the
litigation, including the method and manner of conducting this litigation, entering into settlement
agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and
costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU
PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_17 Dec 17_
Date

_officer Helena Thomas_
Signature

_oFFicer Helena Thomas_
Print Name

_3716 Chesmont Ave_
Home Address

_Baltimore, MD 21206_
City, State, Zip

_443 992 1246_
Phone Number

_Ninia Singssongs@Yahoo.com_
Email

_F-880_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to
preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*       *
*other similarly situated employees,*                     Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                                 *

                                                  *

v.                                                  *

BALTIMORE POLICE DEPARTMENT,                         *
*et al.,*
                                                    *
      *Defendants.*                                 *

                                                    *

*    *    *    *    *    *    *    *    *    *    *    *    *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

    1.   I, _____, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit.

    2.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

    3.   I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky,

Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar

No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_December_
Date

_____
Signature

Aisha White-Bey
Print Name

2424 Linden Ave
Home Address

Balt. MD 21217
City, State, Zip

443-916-8261
Phone Number

aishabey@me.com
Email

1583
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| | * | |
| *Defendants.* | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.   I, __Shane Stinchcomb_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.   I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a

settlement committee as my representative to make decisions on my behalf concerning the

litigation, including the method and manner of conducting this litigation, entering into settlement

agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and

costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU

PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

17 Dec 17
_____          _____
Date                                                    Signature

                                        Shane Stinchcomb
                                        _____
                                        Print Name

                                        2712 Park Heights Dr
                                        _____
                                        Home Address

                                        Baldwin, MD 21013
                                        _____
                                        City, State, Zip

                                        410-302-6461
                                        _____
                                        Phone Number

                                        Shanepaner@yahoo.com
                                        _____
                                        Email

                                        I844
                                        _____
                                        Sequence Number (if known)

                                        _____
                                        Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to
preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to
receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| | |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| *Plaintiffs,* | |
| | * |
| v. | |
| | * |
| BALTIMORE POLICE DEPARTMENT, | |
| *et al.,* | * |
| | |
| *Defendants.* | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, ___*Scott Lawrence*___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/13/17_
Date

_Signature_

_Scott Lawrence_
Print Name

_7805 New Battle Grove rd_
Home Address

_Baltimore  MD  21222_
City, State, Zip

_443 - 326 - 2305_
Phone Number

_ScottLawrence78@Gmail.Com_
Email

_I-154_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| *Defendants.* | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.  I, _Plo Boscana, Jose_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.  I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12|17|17
_____
Date

_____
Signature

Jose Boscana
_____
Print Name

6 Blinker Ct
_____
Home Address

Middle River, MD, 21220
_____
City, State, Zip

443-681-0910
_____
Phone Number

boscana230hotmail.com
_____
Email

I 335
_____
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                    Civil Action No. 1:16-cv-03309-ELH

                                                *

     *Plaintiffs,*                               *

v.                                              *

BALTIMORE POLICE DEPARTMENT,
*et al.,*                                       *

     *Defendants.*                              *

                                                *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Christopher M. Leaverton_, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/17/17_
Date

_[signature]_
Signature

_Sgt. Christopher M. Leaverton_
Print Name

_223 Medwick Garth East_
Home Address

_Baltimore, MD   21228_
City, State, Zip

_410 935 6026_
Phone Number

_ptopher_323@yahoo.com_
Email

_F768_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                         *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*                       Civil Action No. 1:16-cv-03309-ELH
                                                          *
      *Plaintiffs,*
                                                          *
v.
                                                          *
BALTIMORE POLICE DEPARTMENT,
*et al.*,                                                  *

      *Defendants.*                               *

                    *
*       *       *       *       *       *       *       *       *       *       *       *       *

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

    1.    I, _Glen Fox_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

    2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

    3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/17/17_
Date

_Glen Feu_
Signature

_Glen Feu_
Print Name

_6719 German Hill Rd_
Home Address

_Balto Md 21222_
City, State, Zip

_443-255-4732_
Phone Number

_____
Email

_Fo41_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*     *
*other similarly situated employees,*                  Civil Action No. 1:16-cv-03309-ELH

           *Plaintiffs,*                          *

v.                                              *

BALTIMORE POLICE DEPARTMENT,                    *
*et al.,*

           *Defendants.*                         *

                             *

*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Jennifer Wortham_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/17/17
Date

*Jennifer Worth*
Signature

Jennifer Wortham
Print Name

518 Kenora Drive
Home Address

Baltimore, MD 21108
City, State, Zip

301-357-1215
Phone Number

Jcity31@gmail.com
Email

H882
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                              *

*On behalf of themselves and on behalf of all*            *
*other similarly situated employees,*                          Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                                       *

                                   *

v.                                                        *

BALTIMORE POLICE DEPARTMENT,                              *
*et al.,*

      *Defendants.*                                       *

                                   *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

    1.   I,   <u>Dominic Crawford</u>  , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

    2.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

    3.   I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

17 Dec 17
Date

Signature

Dominic Crawford
Print Name

6713 Old Harford Rd
Home Address

Baltimore, MD 21234
City, State, Zip

443-839-5087
Phone Number

Domc20@gmail.com
Email

Jo47
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                       Civil Action No. 1:16-cv-03309-ELH
                                                      *
     *Plaintiffs,*                                  *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*
                                                      *
     *Defendants.*                                 *

                                                      *
*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Steven Slack_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
Date

Signature

Steven John Slack
Print Name

3204 Hideout Dr.
Home Address

Manchester, MD 21102
City, State, Zip

443 632-5118
Phone Number

Steven.Slack @ BaltimorePolice.org
Email

H923
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| *Defendants.* | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _____James Sisco_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12-18-17
Date

_James Sisco_ (Signature)

James Sisco
Print Name

303 Howards Trust Ct
Home Address

Glen Burnie MD 21060
City, State, Zip

(443) 805-5435
Phone Number

James.Sisco@Baltimorepolice.org
Email

I978
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                           *

*On behalf of themselves and on behalf of all*         *
*other similarly situated employees,*                        Civil Action No. 1:16-cv-03309-ELH
                                                       *
     *Plaintiffs,*                           *

v.                                                     *

BALTIMORE POLICE DEPARTMENT,                           *
*et al.,*
                                                       *
     *Defendants.*                           *

                             *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

      1.    I, ___Mark Kahler_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

      2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

      3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
Date

*[signature]*
Signature

Mark Kahler
Print Name

1234 Haverhill Rd.
Home Address

Baltimore MD 21229
City, State, Zip

443-604-7583
Phone Number

Kahler 1234 @ Gmail. Com
Email

G893
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                         Civil Action No. 1:16-cv-03309-ELH
                                                      *
      *Plaintiffs,*                                   *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*
                                                      *
      *Defendants.*                                   *

                                                      *

*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

    1.    I, _Christopher Valis_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

    2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

    3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12.18.17_
Date

_[signature]_
Signature

_Christopher Glenn Valis_
Print Name

_3909 Kimble Rd_
Home Address

_BALTIMORE, MD    21218_
City, State, Zip

_410-652-9865_
Phone Number

_Christopher.Valis@icland.com_
Email

_5774_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| Plaintiffs, | |
| | * |
| v. | |
| | * |
| BALTIMORE POLICE DEPARTMENT, | |
| *et al.*, | * |
| | |
| Defendants. | * |
| | |
| | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, KIMBERLY WILSON Carulle agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
_____
Date

_____
Signature

Kimberly Wilson Glanville
_____
Print Name

3814 W. Overlea Ave
_____
Home Address

Baltimore MD 21206
_____
City, State, Zip

443-938-0378
_____
Phone Number

Kimberly.glanville@baltimorepolice.org
_____
Email

C001
_____
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                         Civil Action No. 1:16-cv-03309-ELH
                                                      *
     *Plaintiffs,*                                *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*
                                                      *
     *Defendants.*                               *

                                                      *

*   *   *   *   *   *   *   *   *   *   *   *   *

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

     1.    I, _Terrell Carter_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

     2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

     3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/18/17_
Date

_Terrell Carter_
Signature

_Terrell Carter_
Print Name

_4 Cloverwood Ct Apt#204_
Home Address

_Essex, MD  21221_
City, State, Zip

_(443)826-8955_
Phone Number

_tcarter8811@yahoo.com_
Email

_T486_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| BALTIMORE POLICE DEPARTMENT, | * |
| *et al.,* | * |
| *Defendants.* | * |
| | * |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _____Brandon Bass_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12-18-17
Date

Signature

Brandon Bass
Print Name

6216 Primrose Path
Home Address

Glen burnie MD, 21061
City, State, Zip

443-629-8470
Phone Number

Email

Brandon l. bass 123 @ gmail.com
Sequence Number (if known)

J-302
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * |
| | *     Civil Action No. 1:16-cv-03309-ELH |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.  I, ___Eric Winston___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

18 Dec 2017
_____
Date

_____
Signature

Eric Winston
_____
Print Name

5901 Daywalt Ave
_____
Home Address

Baltimore, MD 21206
_____
City, State, Zip

410-805-1639
_____
Phone Number

e.Winston34@gmail.com
_____
Email

J469
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| Plaintiffs, | |
| | * |
| v. | |
| | * |
| BALTIMORE POLICE DEPARTMENT, | |
| *et al.,* | * |
| | |
| Defendants. | * |
| | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.  I, _James T. Deasel_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
Date

Signature

OFC. James Deasel
Print Name

19 Derwood Court
Home Address

Baltimore MD 21234
City, State, Zip

443-392-8673
Phone Number

James.deasel@baltimorepolice.org
Email

J633
Sequence Number (if known)

Employee ID (if known)

2

## ***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| *Defendants.* | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.  I, __William Bernath Jr__, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

18 December 2017
_____
Date

_____
Signature

William Bernath Jr
_____
Print Name

42 York Rd
_____
Home Address

Jacobus, PA 17407
_____
City, State, Zip

610-349-1848
_____
Phone Number

Wbernath@gmail.com
_____
Email

J031
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                          Civil Action No. 1:16-cv-03309-ELH
                                                       *
     Plaintiffs,                                  *

v.                                                     *

BALTIMORE POLICE DEPARTMENT,                           *
*et al.,*

     Defendants.                                  *

                                                       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _Jason Van Helten_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12-18-17
Date

_Jason Van Helten_
Signature

Jason Van Helten
Print Name

7 Thurmont Ct Apt. TA
Home Address

Nottingham, MD, 21236
City, State, Zip

(302) 420-9257
Phone Number

jason.Van.helten@gmail.com
Email

JT19
Sequence Number (if known)

Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                    Civil Action No. 1:16-cv-03309-ELH
                                                *
     *Plaintiffs,*
                                                *
v.
                                                *
BALTIMORE POLICE DEPARTMENT,
*et al.,*                                       *

     *Defendants.*                      *

                                                *

*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I,   Frank J. Friend Jr.  , agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12|18|17
_____
Date

_____
Signature

Frank J. Friend Jr.
_____
Print Name

8112 Bravo Court
_____
Home Address

Pasadena, Md. 21122
_____
City, State, Zip

443-610-1635
_____
Phone Number

littleman19.CJF@gmail.Com
_____
Email

G231
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*                      Civil Action No. 1:16-cv-03309-ELH

       *Plaintiffs,*                                              *

v.                                                                          *

BALTIMORE POLICE DEPARTMENT,         *
*et al.,*

       *Defendants.*                                            *

*      *      *      *      *      *      *      *      *      *      *      *      *

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I,     <u>Donald Koch</u>    , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

18 December 17
Date

Signature

Donald Koch
Print Name

144 Hall st
Home Address

Bel Air, MD  21014
City, State, Zip

484 - 794 - 3813
Phone Number

dkoch06@Comcast.net
Email

J726
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| Plaintiffs, | |
| | * |
| v. | |
| | * |
| BALTIMORE POLICE DEPARTMENT, | |
| *et al.,* | * |
| | |
| Defendants. | * |
| | * |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.　　I, _Cejus Watson_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.　　I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.　　I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/18/17_
Date

_____
Signature

_Cejus Watson_
Print Name

_5511 Adleigh Ave_
Home Address

_Baltimore, MD 21206_
City, State, Zip

_(410) 971-7145_
Phone Number

_abc5036@gmail.com_
Email

_J176_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | *     Civil Action No. 1:16-cv-03309-ELH |
| | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| BALTIMORE POLICE DEPARTMENT, | * |
| *et al.,* | * |
| | * |
| *Defendants.* | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.     I, _Dominique C. Wiggins_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

December 18, 2017
Date

Dominique C. Wiggin
Signature

Dominique C. Wiggins
Print Name

319 Joppa Crossing Ct
Home Address

Joppa, MD 21085
City, State, Zip

410-322-2090
Phone Number

dcwiggins77@hotmail.com
Email

I 477
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### Northern Division

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * |
| | * Civil Action No. 1:16-cv-03309-ELH |
| Plaintiffs, | * |
| | * |
| v. | * |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * |
| Defendants. | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.     I, __Melvin Santiago_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/18/17_
Date

_Melvin Santiago_
Signature

_Melvin Santiago_
Print Name

_776 Baltimore Annapolis BLVD_
Home Address

_Severna Park, MD 21146_
City, State, Zip

_347-400-1801_
Phone Number

_Venom1777@aol.com_
Email

_H387_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.,* | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| *Defendants.* | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _Boris Graham_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/2017
_____
Date

_____
Signature

Boris Graham
_____
Print Name

206 E. Read St
_____
Home Address

Baltimore MD 21202
_____
City, State, Zip

410-218-7707
_____
Phone Number

Boris.Graham@BaltimorePolice.ORG
_____
Email

H5F3
_____
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                     Civil Action No. 1:16-cv-03309-ELH

       *Plaintiffs*,                                          *

                  *

v.                                                                    *

BALTIMORE POLICE DEPARTMENT,               *
*et al.*,

       *Defendants*.                                        *

                  *

*  *  .  *   *   *   *   *  *  *   *   *   *   *

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

     1.    I, **SERGEANT MOLLY R. SETTLER**        , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

     2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

     3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.



_12/18/17_
Date

_Molly R. Seitler_
Signature

_MoLLy R. SEiTLER_
Print Name

_365 Buck Cash DRiVE_
Home Address

_WESTminSTER MD. 21158_
City, State, Zip

_410-382-7863_
Phone Number

_midNiGhtANGEL64@msn.com_
Email

_E524_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| | |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| *Plaintiffs,* | |
| | * |
| v. | |
| | * |
| BALTIMORE POLICE DEPARTMENT, | |
| *et al.,* | * |
| | |
| *Defendants.* | * |
| | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.   I, ___*Norris Wells*___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.   I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12-18-17_
Date

_____
Signature

_Norris Wells_
Print Name

_10 Cherry Hill Rd_
Home Address

_Baltimore, Maryland 21224_
City, State, Zip

_443-629-6301_
Phone Number

_Sirron_3@msn.com_
Email

_F470_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| | * | |
| *Defendants.* | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, __Brian Huber_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a

settlement committee as my representative to make decisions on my behalf concerning the

litigation, including the method and manner of conducting this litigation, entering into settlement

agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and

costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU

PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

| | |
|---|---|
| 12-17-17 | |
| Date | Signature |
| | Brian Huber |
| | Print Name |
| | 4800 Berryhill Cir. Apt. 203 |
| | Home Address |
| | Perry Hall, MD 21128 |
| | City, State, Zip |
| | 443-686-2113 |
| | Phone Number |
| | Brian.Huber@BaltimorePolice.org |
| | Email |
| | I791 |
| | Sequence Number (if known) |
| | |
| | Employee ID (if known) |

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to
preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*             Civil Action No. 1:16-cv-03309-ELH
                                                 *
    *Plaintiffs,*                             *

v.                                               *

BALTIMORE POLICE DEPARTMENT,                     *
*et al.,*
                                                 *
    *Defendants.*                             *

                                                 *
*    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, Paul B. Hayes _____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

17 December 17
Date

Paul B. W
Signature

Paul B. Hayes
Print Name

6803 Linden Ave
Home Address

Baltimore, Maryland 21206
City, State, Zip

410-733-7067
Phone Number

phayes0114@gmail.com
Email

I645
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| *Plaintiffs,* | * |
| v. | * |
| BALTIMORE POLICE DEPARTMENT, | * |
| *et al.,* | * |
| *Defendants.* | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Rodderick DAViS_, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/20/17_
Date

_(signature)_
Signature

_Roderick Davis_
Print Name

_7317 N. Sentinel Cir_
Home Address

_York, PA 17403_
City, State, Zip

_443-278-6168_
Phone Number

_deacondnd(a)aol.com_
Email

_G 878_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.,* | * | |
| *On behalf of themselves and on behalf of all* | * | |
| *other similarly situated employees,* | | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| *Defendants.* | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, Victor Soto                        , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12|20|17
Date

_____
Signature

Victor Soto
Print Name

214 Nicole Way
Home Address

Sinking Spring PA 19608
City, State, Zip

610-451-4456
Phone Number

_____
Email

I 921
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _____Conner, David_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_20 DEC 17_
Date

_____
Signature

_David Conver_
Print Name

_3634 Fox Meadow Ct_
Home Address

_Jarrettsville MD 21086_
City, State, Zip

_443-866-2344_
Phone Number

_David.Conver@BaltimorePolice.org_
Email

_5211_
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                                          *

*On behalf of themselves and on behalf of all*                        *
*other similarly situated employees,*                  Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                                              *

                                                                 *

v.                                                                    *

BALTIMORE POLICE DEPARTMENT,                                          *
*et al.,*

      *Defendants.*                                              *

                                                                 *

*    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _____Robert Hankard_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/17/2017
_____
Date

_____
Signature

Robert Hankard
_____
Print Name

1458 Andre St.
_____
Home Address

Baltimore MD 21230
_____
City, State, Zip

443 681 0348
_____
Phone Number

Robert.Hankard@Baltimorepolice.org
_____
Email

D370
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.,* | * | |
| *On behalf of themselves and on behalf of all* *other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| Defendants. | * | |
| | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.     I,   *Michael W. Fries Jr.*            , agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_10/19/17_
Date

_[signature]_
Signature

_Michael Fries_
Print Name

_405 Bayside Drive_
Home Address

_Balto. Md. 21222_
City, State, Zip

_410-382-5578_
Phone Number

_Michael.Fries@BaltimorePolice.org_
Email

_E895_
Sequence Number (if known)

_E898_
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                  Civil Action No. 1:16-cv-03309-ELH
                                                                      *
     Plaintiffs,                                       *

v.                                                                        *

BALTIMORE POLICE DEPARTMENT,                *
*et al.,*
                                                                      *
     Defendants.                                    *

                                                                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _Suzanne Fries_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky,

Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar

No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.     I also designate collective action representative(s) who agree to serve on a

settlement committee as my representative to make decisions on my behalf concerning the

litigation, including the method and manner of conducting this litigation, entering into settlement

agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and

costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU**

**PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

_12/20/17_
Date

_Suzan Fries_
Signature

_Suzanne Fries_
Print Name

_405 Bayside Drive_
Home Address

_Baltimore, Md. 21222_
City, State, Zip

_443-250-4253_
Phone Number

_Suzanne.Fries@baltimore police.org_
Email

_6389_
Sequence Number (if known)

_6389_
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all* *other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.   I, ___Kianah Bryant___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/2017
_____
Date

_S Kuanah Bryant_
Signature

Kianah Bryant
_____
Print Name

4105 Raspe Ave
_____
Home Address

Baltimore, MD, 21206
_____
City, State, Zip

443-850-1880
_____
Phone Number

Kianah5802@gmail.com
_____
Email

H824
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### Northern Division

KENNETH B. BUTLER, *et al.*,                                   *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                      Civil Action No. 1:16-cv-03309-ELH
                                                                          *

     *Plaintiffs,*                                 *

                                                                          *
v.                                                                        *

BALTIMORE POLICE DEPARTMENT,
*et al.,*                                                              *

     *Defendants.*                             *

                                                                          *

*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, __Isaac D. Carrington Sr._____, agree to pursue my
claims, as described in the Notice, arising out of my employment with Baltimore Police
Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the
above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the
date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three
years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,
as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff
herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

Dec 19, 2017
Date

*J. D. ___ SR.*
Signature

Isaac D. Carrington SR.
Print Name

5607 Summerfield Ave
Home Address

Baltimore, MD, 21206
City, State, Zip

443. 392. 7571
Phone Number

icarri@AOL.Com
Email

H124
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.     I, ___Daniel Jathan Harper Sr.___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/20/17
_____
Date

_____
Signature

Daniel Jathan Harper, Sr
_____
Print Name

2613 Ailsa Ave
_____
Home Address

Baltimore, MD 21214
_____
City, State, Zip

443-474-9769
_____
Phone Number

dharper7894@gmail.com
_____
Email

H728
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*              Civil Action No. 1:16-cv-03309-ELH
                                                 *
     *Plaintiffs,*                              *

     *

v.                                               *

BALTIMORE POLICE DEPARTMENT,                     *
*et al.,*                                         *

     *Defendants.*                              *

                                                 *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

    1.    I, _____William Porter_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

    2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_19/ Dec/ 2017_
Date

_W. Poter_
Signature

_William Potter_
Print Name

_110 Elinor Ave_
Home Address

_Nottingham, MD, 21236_
City, State, Zip

_443 470 0754_
Phone Number

_William.Potter@baltimorepolice.org_
Email

_J311_
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all* *other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| Defendants. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _____Anthony W. Smith_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

| 12-20-2017 | |
|---|---|
| Date | Signature |
| | Anthony W. Smith |
| | Print Name |
| | 1105 Culloden Ct |
| | Home Address |
| | Abingdon, MD, 21009 |
| | City, State, Zip |
| | 443-681-0430 |
| | Phone Number |
| | anthony.smith@baltimorepolice.org |
| | Email |
| | G-522 |
| | Sequence Number (if known) |
| | |
| | Employee ID (if known) |

2

## ***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all* *other similarly situated employees,* | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * |
| | * |
| Defendants. | * |
| | * |

Civil Action No. 1:16-cv-03309-ELH

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _MICHAEL ALESSI_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/17_
Date

_____
Signature

_MICHAEL J. ALESSI_
Print Name

_852 SOLARLIGHT DR_
Home Address

_YORK, PA 17402_
City, State, Zip

_443-956-4376_
Phone Number

_MICHAEL.ALESSI(A)BALTIMORE POLICE.ORG_
Email

_F906_
Sequence Number (if known)

_____
Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                     Civil Action No. 1:16-cv-03309-ELH

     *Plaintiffs,*                         *

v.                                               *

BALTIMORE POLICE DEPARTMENT,                     *
*et al.,*

     *Defendants.*                         *

                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, __Jessica Leitch__, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/20/17
_____
Date

_____
Signature

Jessica Leitch
_____
Print Name

747 Hickory Limb Circle
_____
Home Address

Bel Air, MD 21014
_____
City, State, Zip

410-960-0406
_____
Phone Number

jessica.leitch@baltimorepolice.org
_____
Email

I240
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                         Civil Action No. 1:16-cv-03309-ELH

       *Plaintiffs,*                                *

                                                 *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*

       *Defendants.*                                *

                                                 *

*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.      I, _Nancy P. Byers_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/17
_____
Date

_____
Signature

NANCY P. BYERS
_____
Print Name

9016 Chesapeake Ave
_____
Home Address

Baltimore, MD 21219
_____
City, State, Zip

443-579-6913
_____
Phone Number

Bpdgemepkee@comcast.net
_____
Email

D-340
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all* | * | |
| *other similarly situated employees,* | | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, | | |
| *et al.,* | * | |
| | | |
| Defendants. | * | |
| | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _Sgt Virginia L Amos_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_20 Dec 2017_
Date

_Virg Amos_
Signature

_Virginia Amos_
Print Name

_1063 Main St_
Home Address

_New Park  PA  17352_
City, State, Zip

_443-845-1185_
Phone Number

_tauros6d@verizon.net_
Email

_E-397_
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all* *other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, ___FReda Harington___, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action. .

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/20/17
Date

_Freda Arrington_
Signature

FREDA ARRington
Print Name

821 Nottingham Rd.
Home Address

Balto. Md. 21229
City, State, Zip

410 961 9200
Phone Number

Freda.sheppard@Baltimore Police.org
Email

F561
Sequence Number (if known)

Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*                        Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                                    *

                                                    *

v.                                                                          *

BALTIMORE POLICE DEPARTMENT,                    *
*et al.,*

      *Defendants.*                                  *

                                                    *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.  I, _Alvin Ortiz_, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/20/2017
_____
Date

_____
Signature

Alvin Ortiz
_____
Print Name

304 Oak St
_____
Home Address

Edgewood MD 21040
_____
City, State, Zip

443-764-0134
_____
Phone Number

alvin.ortiz@baltimorepolice.org
_____
Email

I345
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Northern Division**

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*              Civil Action No. 1:16-cv-03309-ELH

                                                *

     *Plaintiffs,*                            *

v.                                              *

BALTIMORE POLICE DEPARTMENT,
*et al.,*                                         *

     *Defendants.*                            *

                                                *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

     1.     I, ___Thomas M Jugan_____, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

     2.     I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

20 Dec 17
Date

Signature

Thomas M Jugan
Print Name

700 Fagley St
Home Address

Baltimore MD 21224
City, State, Zip

443-829-9605
Phone Number

Thomas.Jugan@BaltimorePolice.org
Email

G53D
Sequence Number (if known)

Employee ID (if known)

2

\*\*\*IMPORTANT NOTE\*\*\*

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                         Civil Action No. 1:16-cv-03309-ELH
                                                      *
      *Plaintiffs,*                                    *
                                                      *
v.                                                    *
                                                      *
BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*
                                                      *
      *Defendants.*                                    *
                                                      *
*   *   *   *   *   *   *   *   *   *   *   *   *

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

      1.    I, _MICHAEL D. NICHOLL_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

      2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/17_
Date

_Signature_

_MICHAEL D. NICHOLL_
Print Name

_3558 BASLER RD_
Home Address

_HAMPSTEAD MD 21074_
City, State, Zip

_(443) 985-1496_
Phone Number

_MICHAEL.NICHOLL @ BALTIMORE POLICE.ORG_
Email

_F179_
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*       *
*other similarly situated employees,*                     Civil Action No. 1:16-cv-03309-ELH
                                                     *
      *Plaintiffs,*
                                                     *
v.
                                                     *
BALTIMORE POLICE DEPARTMENT,
*et al.*,                                            *

      *Defendants.*                              *

                                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Lloyd E. Johnson JR_ , agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/2017_
Date

_Signature_

_Lloyd E. Johnson Jr_
Print Name

_5049 Games CR_
Home Address

_Perry Hall MD 21128_
City, State, Zip

_443 392 8366_
Phone Number

_LlyRocJHN@gmail.com_
Email

_H605_
Sequence Number (if known)

_____
Employee ID (if known)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| Plaintiffs, | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.  I, _____Avraham Tasher_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

20 Dec. 2017
_____
Date

_____
Signature

Avraham Tasher
_____
Print Name

5 Bucksway Road
_____
Home Address

Owings Mills, MD, 21117
_____
City, State, Zip

443-255-2337
_____
Phone Number

i481 @ Baltimore City. gov
_____
Email

I 481
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*               Civil Action No. 1:16-cv-03309-ELH

                                                *
          *Plaintiffs,*
                                                *
v.
                                                *
BALTIMORE POLICE DEPARTMENT,
*et al.,*                                         *

          *Defendants.*                          *

                                                *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

    1.    I, _AARON ALLEN GILLIAM_____, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

    2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12 |19 |17
_____
Date

_____
Signature

AARON ALLEN Gillum
_____
Print Name

5439 FORCE RO
_____
Home Address

BALTIMORE , MD 21206
_____
City, State, Zip

443 468 9741
_____
Phone Number

AARON. Gillum @ BALTIMORE POLICE . ORG
_____
Email

To25
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                        *

*On behalf of themselves and on behalf of all*      *
*other similarly situated employees,*                       Civil Action No. 1:16-cv-03309-ELH
                               *

      *Plaintiffs,*                        *

v.                                                  *

BALTIMORE POLICE DEPARTMENT,                        *
*et al.,*

      *Defendants.*                        *

                               *

*   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

    1.    I, _Jeffrey G. Boettcher_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

    2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_19 December 2017_
Date

_____
Signature

_Jeffrey G. Boettcher_
Print Name

_4518 Wishal Dr._
Home Address

_Nottingham, Maryland 21236_
City, State, Zip

_443-326-9932_
Phone Number

_Jeffrey.Boettcher @ Baltimorepolice.org_
Email

_G393_
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *    *    *    *    *    * | *    *    *    *    *    *    * | |

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _Ryan O'Connor_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

18 December 2017
_____
Date

_____
Signature

Ryan O'Connor
_____
Print Name

421 Duvall Ln
_____
Home Address

Annapolis, MD 21403
_____
City, State, Zip

410-353-1855
_____
Phone Number

ryan.o'connor@baltimorepolice.org
_____
Email

I702
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

KENNETH B. BUTLER, *et al.*,            *

*On behalf of themselves and on behalf of all*  *
*other similarly situated employees,*              Civil Action No. 1:16-cv-03309-ELH
                          *

      *Plaintiffs,*               *

                          *

v.                              *

BALTIMORE POLICE DEPARTMENT,         *
*et al.,*

      *Defendants.*             *

                          *

*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, ___WILLIAM EDGAR___ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12- 19- 17
_____
Date

_____
Signature

WILLIAM EDGAR
_____
Print Name

5018 GRAVE RUN RD.
_____
Home Address

MANCHESTER MD 21102
_____
City, State, Zip

410 960 7380
_____
Phone Number

BILL EDGAR8322 @ YAhoo.Com
_____
Email

C936
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*                      Civil Action No. 1:16-cv-03309-ELH

     *Plaintiffs,*                                *

v.                                                             *

BALTIMORE POLICE DEPARTMENT,           *
*et al.,*

     *Defendants.*                               *

                                *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, STEVEN MICHAEL DALY_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/17
_____
Date

_____
Signature

STEVEN M. DALY
_____
Print Name

6596 TYDINGS RD
_____
Home Address

ELDERSBURG, MD 21784
_____
City, State, Zip

(410) 952-2909
_____
Phone Number

DALY6596@COMCAST.NET
_____
Email

G-044
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                      Civil Action No. 1:16-cv-03309-ELH

                                                      *
     *Plaintiffs,*
                                                      *
v.
                                                      *
BALTIMORE POLICE DEPARTMENT,
*et al.,*                                             *

     *Defendants.*                      *

                                                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1. I, _Jennifer Hildebrandt_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/2017
_____
Date

_____
Signature

Jennifer Hildebrandt
_____
Print Name

219 Princeton lane
_____
Home Address

Bel Air, MD 21014
_____
City, State, Zip

410-299-9892
_____
Phone Number

Jfolk5282@yahoo.com
_____
Email

I134
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*            
                                                 *          Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                              *

v.                                               *

BALTIMORE POLICE DEPARTMENT,                     
*et al.,*                                        *

      *Defendants.*                              *

                                                 *

*   *   *   *   *   *   *   *   *   *   *   *   *

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _Sgt. Zimmer, Ralph_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_18 Dec '17_
Date

_Signature_

_Sgt. Ralph P. Zimmer_
Print Name

_3234 Glendale Ave._
Home Address

_Parkville, Md. 21234_
City, State, Zip

_410-458-8538_
Phone Number

_rpzimmer@gmail.com_
Email

_6256_
Sequence Number (if known)

Employee ID (if known)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                    Civil Action No. 1:16-cv-03309-ELH
                                                       *
      *Plaintiffs,*                              *

v.                                                 *

BALTIMORE POLICE DEPARTMENT,             *
*et al.*,                                            *

      *Defendants.*                             *

                                                       *

*   *   *   *   *   *   *   *   *   *   *   *   *

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

    1.    I, ___Michelle Price_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

    2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12|19|17
_____
Date

_____
Signature

MICHELLE PRICE
_____
Print Name

4125 EDEN RD
_____
Home Address

DUNDALK MD 21222
_____
City, State, Zip

443 807 3325
_____
Phone Number

michelle.price @ baltimore police.org
_____
Email

F796
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*         *
*other similarly situated employees,*                         Civil Action No. 1:16-cv-03309-ELH

*Plaintiffs,*                                          *

v.                                                     *

BALTIMORE POLICE DEPARTMENT,                           *
*et al.,*                                              *

*Defendants.*                                          *

*        *        *        *        *        *        *        *        *        *        *        *        *

#### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
#### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _WAYNE J. SPONSKY_ , agree to pursue my

claims, as described in the Notice, arising out of my empl        oyment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq* . I hereby consent, agree and opt -in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky,

Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar

No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a

settlement committee   as my representative to make decisions on my behalf concerning the

litigation, including the method and manner of conducting this litigation, entering into settlement

agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys'  fees and

costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU

PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

19 DEC 2017
_____
Date

_____
Signature

WAYNE J. SPONSKY
_____
Print Name

709 CAGNEY COURT
_____
Home Address

BEL AIR MARYLAND 21014
_____
City, State, Zip

410-967-6390
_____
Phone Number

WAYNE, SPONSKY@BALTIMOREPOLICE.ORG
_____
Email

D767
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                        *

*On behalf of themselves and on behalf of all*      *
*other similarly situated employees,*                          Civil Action No. 1:16-cv-03309-ELH

                               *

       *Plaintiffs,*                             *

v.                                                  *

BALTIMORE POLICE DEPARTMENT,                        *
*et al.,*

       *Defendants.*                             *

                               *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Edwin G. Albino_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/17_
Date

_Det._
Signature

_Edwin G. Albis_
Print Name

_3122 RaKing Leaf Dr._
Home Address

_Abingdon, MD 21009_
City, State, Zip

_443-831-3188_
Phone Number

_edwin.albino@baltimorepolice.org_
Email

_I 016_
Sequence Number (if known)

Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                              *

*On behalf of themselves and on behalf of all*     *
*other similarly situated employees,*                        Civil Action No. 1:16-cv-03309-ELH

                                                                      *

     *Plaintiffs,*                                        *

                                                                      *

v.                                                                         *

                                                                      *

BALTIMORE POLICE DEPARTMENT,
*et al.,*                                                               *

                                                                      *

     *Defendants.*                                   *

                                                                      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

     1.    I, ___GREGORY OSTRANDER___, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

     2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
Date

_Signature_

GREGORY D OSTRANDER
Print Name

629 Banyan RD
Home Address

Edgewood, MD 21040
City, State, Zip

(443) 721-7661
Phone Number

gwostrander@yahoo.com
Email

H846
Sequence Number (if known)

Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

KENNETH B. BUTLER, *et al.*,   *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*      Civil Action No. 1:16-cv-03309-ELH

      *
     *Plaintiffs,*
      *
v.
      *
BALTIMORE POLICE DEPARTMENT,
*et al.,*      *

     *Defendants.*      *

      *

*   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Sgt. Sandra Moore_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/2017
Date

Sandra Moore
Signature

Sandra Moore
Print Name

620 Wilbar Sq
Home Address

Owings Mills Md 21117
City, State, Zip

443-845-9134
Phone Number

Sandralmoore1966@gmail.com
Email

E 117
Sequence Number (if known)

020379
Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*  *
*other similarly situated employees,*                Civil Action No. 1:16-cv-03309-ELH

                                                *

     *Plaintiffs,*                          *

v.                                              *

BALTIMORE POLICE DEPARTMENT,                    *
*et al.,*

     *Defendants.*                         *

                                                *

*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.  I, _TERRENCE PATRICK MC'ZARNEY_ , agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

DEC. 19, 2017
_____
Date

_____
Signature

LIEUTENANT TERRENCE P. MCLARNEY
_____
Print Name

14359 Musgrove Farm Ct
_____
Home Address

GLENWOOD, MD  21738
_____
City, State, Zip

443 - 561 - 6030
_____
Phone Number

TPCL MCLARNEY @ VERIZON. NET
_____
Email

C - 303
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### Northern Division

KENNETH B. BUTLER, *et al.*,          *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*

                       *         Civil Action No. 1:16-cv-03309-ELH

      Plaintiffs,            *

v.                           *

BALTIMORE POLICE DEPARTMENT,    *
*et al.*,

      Defendants.          *

                           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, ___Det Michael V. LASH_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

12/19/17
_____
Date

_____
Signature

Michael V. LASh
_____
Print Name

935. S. Linwood Ave
_____
Home Address

BAltimore MD 21224
_____
City, State, Zip

443-677-1589
_____
Phone Number

Mikeman20s@aol.com
_____
Email

G544
_____
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

DEC19 17 14:36

KENNETH B. BUTLER, *et al.*,                             *

*On behalf of themselves and on behalf of all*          *
*other similarly situated employees,*                    Civil Action No. 1:16-cv-03309-ELH
                                                         *
     *Plaintiffs,*                                       *

v.                                                       *

BALTIMORE POLICE DEPARTMENT,                             *
*et al.*,
                                                         *
     *Defendants.*                                       *

                                                         *

*  *  *  *  *  *  *  *  *  *  *  *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, <u>Det. Amy C. STRAND</u>, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

_12/19/17_
Date

_Amy C. Strand_ (signature)
Signature

_Amy C. Strand_
Print Name

_1001 Cord Street_
Home Address

_Middle River, Md 21220_
City, State, Zip

_443-695-8101_
Phone Number

_Amy.Strand@baltimorepolice.org_
Email

_H289_
Sequence Number (if known)

_____
Employee ID (if known)

**\*\*\*IMPORTANT NOTE\*\*\***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * |
| | Civil Action No. 1:16-cv-03309-ELH |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.  I, *Douglas John Gardner*, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12-19-2017
_____
Date

_____
Signature

Douglas John Gardner
_____
Print Name

4102 Crown Hill Rd.
_____
Home Address

Jarretsville MD 21084
_____
City, State, Zip

443-417-6072
_____
Phone Number

DJGardner@zoominternet.net
_____
Email

C797
_____
Sequence Number (if known)

045241
_____
Employee ID (if known)

2

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                         Civil Action No. 1:16-cv-03309-ELH

     *Plaintiffs,*                                  *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*

     *Defendants.*                                  *

                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Kerry D. Snead_, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

Dec 19, 2017
Date

Kerry Snead
Signature

Kerry D. Snead
Print Name

710 Southern Lights Dr
Home Address

Aberdeen, Md 21001
City, State, Zip

443 801 3088
Phone Number

Kerry.Snead@BaltimorePolice.Org
Email

F578
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                     Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                                   *

                                                       *

v.                                                                    *

BALTIMORE POLICE DEPARTMENT,              *
*et al.*,

      *Defendants.*                                 *

                                                       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, __BRIAN MATULONIS__ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

_12/19/17_
Date

_[signature]_
Signature

_BRIAN MATULONIS_
Print Name

_2408 SANATOGA AVE_
Home Address

_HALETHORPE MD 21227_
City, State, Zip

_4439340510_
Phone Number

_Brian.matulonis @ BALTIMORE POLICE.ORG_
Email

_E 130_
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*       *
*other similarly situated employees,*                          Civil Action No. 1:16-cv-03309-ELH

     *Plaintiffs,*                                 *

v.                                                   *

BALTIMORE POLICE DEPARTMENT,                         *
*et al.*,

     *Defendants.*                              *

                                                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _John Berry_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

_12-19-17_
Date

_____
Signature

_JOHN BERRY_
Print Name

_19881 Five Forks Rd_
Home Address

_NEW FREEDOM, PA 17349_
City, State, Zip

_443-939-7333_
Phone Number

_Fastrider654@aol.com_
Email

_6963_
Sequence Number (if known)

_____
Employee ID (if known)

### ***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all* *other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| Defendants. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.   I, ___KEVIN WAYNE CLEMENTS___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
_____
Date

_Kevin W Clements_
Signature

KEVIN WAYNE CLEMENTS
Print Name

14 GLYNDON AVE.
Home Address

GLYNDON, Md 21071
City, State, Zip

410 833-0752
Phone Number

KClements650@Hotmail.com
Email

F.231
Sequence Number (if known)

025668
Employee ID (if known)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.      I, *Christopher Dyson*, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/17_
Date

_Christophr Dy_
Signature

_Christopher Dy sr_
Print Name

_5416 Whitlock Rd._
Home Address

_Baltimore MD 21229_
City, State, Zip

_443-324-8864_
Phone Number

_Nosyd69@gmail.com_
Email

_E726_
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all* | * | |
| *other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, | * | |
| *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.     I, _LARRY D. WILLIAMS, JR._____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/2017
_____
Date

_____
Signature

LARRY WILLIAMS JR
_____
Print Name

75 AUTUMNWOOD AVE.
_____
Home Address

YORK, PA 17404
_____
City, State, Zip

443-866-2462
_____
Phone Number

LWILL73@YAHOO.COM
_____
Email

F054
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _THOMAS J. MARTIN_____, agree to pursue my
claims, as described in the Notice, arising out of my employment with Baltimore Police
Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the
above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the
date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three
years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,
as amended, 29 U.S.C. § 201, *et seq.*  I hereby consent, agree and opt-in to become a Plaintiff
herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12·19·2017
Date

Thomas J. Ma___t
Signature

THOMAS J. MARTIN
Print Name

2805 DELMONT AVE
Home Address

BALTO. MD. 21230
City, State, Zip

410 215 9068
Phone Number

_____
Email

E437
Sequence Number (if known)

_____
Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,       *

*On behalf of themselves and on behalf of all*       *
*other similarly situated employees,*            Civil Action No. 1:16-cv-03309-ELH
      *
     *Plaintiffs,*       *

v.       *

BALTIMORE POLICE DEPARTMENT,       *
*et al.*,

     *Defendants.*       *

      *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, *Hassan Rasheed*                , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/17
Date

_Set. H RP_
Signature

_Set. Hassan Rasheed_
Print Name

_3030 East Ave_
Home Address

_Parkville MD 21234_
City, State, Zip

_443-710-9687_
Phone Number

_Hrasheed250@yahoo.com_
Email

_H113_
Sequence Number (if known)

Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                            *

*On behalf of themselves and on behalf of all*          *
*other similarly situated employees,*          Civil Action No. 1:16-cv-03309-ELH

       *Plaintiffs,*                                *

v.                                                      *

BALTIMORE POLICE DEPARTMENT,                            *
*et al.,*                                               *

       *Defendants.*                               *

                      *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, *Richard J. McCarthy* , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/17_
Date

_Signature_

_Richard J. McCarthy_
Print Name

_4001 Andrew Court_
Home Address

_Abingdon  MD  21009_
City, State, Zip

_410·274-7557_
Phone Number

_Richard.McCarthy@baltimorepolice.org_
Email

_D721_
Sequence Number (if known)

Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all* | * | |
| *other similarly situated employees,* | | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | | |
| | * | |
| v. | | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, | | |
| *et al.,* | * | |
| | | |
| *Defendants.* | * | |
| | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _____Christopher Izquierdo_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

| December 19, 2017 | |
|---|---|
| Date | Signature |
| | Christopher Izquierdo |
| | Print Name |
| | 4308 Maple Grove Rd |
| | Home Address |
| | Hampstead, MD 21074 |
| | City, State, Zip |
| | (410) 804-3279 |
| | Phone Number |
| | Chris.Izquierdo@baltimorepolice.org |
| | Email |
| | F819 |
| | Sequence Number (if known) |
| | Employee ID (if known) |

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _____Kenneth J. DeLuca_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/17_
Date

_Kenneth DeLuca_
Signature

_Kenneth J. DeLuca_
Print Name

_5 Highland Road_
Home Address

_Seven Valleys, PA 17360_
City, State, Zip

_443 - 928 - 4618_
Phone Number

_Kenneth.DeLuca@BaltimorePolice.org_
Email

_F-783_
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| v. | * | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _____Joshua E. Fuller_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/17
Date

_Signature_

Joshua V Fuller
Print Name

44 Sullivan Rd B
Home Address

Westminster, MD 21157
City, State, Zip

410- 302-2833
Phone Number

theredhand@gmail.com
Email

I050
Sequence Number (if known)

Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                     Civil Action No. 1:16-cv-03309-ELH
                                                *
     Plaintiffs,
                                                *
v.
                                                *
BALTIMORE POLICE DEPARTMENT,
*et al.,*                                        *

     Defendants.                             *

                                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _Maurice Sensino_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/17
_____
Date

_____
Signature

ANDRES SEVERINO
_____
Print Name

P.O Box 44574
_____
Home Address

NOTTINGHAM MD 21236
_____
City, State, Zip

917-256-9383
_____
Phone Number

STONEBRIDGE1322@GMAIL.com
_____
Email

JO 58
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*                     Civil Action No. 1:16-cv-03309-ELH
                                                                *
    *Plaintiffs,*
                                                                *
v.                                                              *

BALTIMORE POLICE DEPARTMENT,            *
*et al.,*
                                                                *
    *Defendants.*                                       *

      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

    1.    I, _Sean P. Jones_____, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

    2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/17_
Date

_Sean P. [Signature]_
Signature

_Sean P. Jones_
Print Name

_1404 Clark Ave_
Home Address

_Lutherville, Md. 21093_
City, State, Zip

_443-681-0308_
Phone Number

_sean.jones@baltimorepolice.org_
Email

_E782_
Sequence Number (if known)

_____
Employee ID (if known)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                 Civil Action No. 1:16-cv-03309-ELH

                                                      *

     *Plaintiffs,*                            *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*

     *Defendants.*                            *

                                                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

    1.    I, _Kevin Brown (H063)_, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

    2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_(19) ec 17_
Date

_[signature]_
Signature

_Kevin Brown_
Print Name

_903 DEER Court_
Home Address

_Abingdon, MD 21009_
City, State, Zip

_443-934-7210_
Phone Number

_Kevin.Brown@Baltimorepolice.org_
Email

_H063_
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all* | * | |
| *other similarly situated employees,* | | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| *Plaintiffs,* | | |
| | * | |
| v. | | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, | * | |
| *et al.,* | | |
| | * | |
| *Defendants.* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, ___Gary Niedermeier___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/18/17_
Date

_Harry A. Niederman_
Signature

_Gary G. Niedermaier_
Print Name

_578 Bay Dale Ct._
Home Address

_Arnold, MD  21012_
City, State, Zip

_410 757-6724_
Phone Number

_ggn6724@comcast.net_
Email

_Gt013_
Sequence Number (if known)

_____
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

KENNETH B. BUTLER, *et al.*,        *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*       *        Civil Action No. 1:16-cv-03309-ELH

    *Plaintiffs,*        *

    *

v.        *

BALTIMORE POLICE DEPARTMENT,    *
*et al.*,

    *Defendants.*        *

    *

*   *   *   *   *   *   *   *   *   *   *   *   *

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, ___Kimberly Tonsch___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12-18-17_
Date

_Kim Tech_
Signature

_KIMBERLY TONSCH_
Print Name

_5608 BIRCHWOOD AVE._
Home Address

_BALTIMORE MD 21214_
City, State, Zip

_301-704-5900_
Phone Number

_tonsch.training@gmail.com_
Email

_J282_
Sequence Number (if known)

Employee ID (if known)

2

Case 1:16-cv-03309-ELH Document 65-2 Filed 12/04/17 Page 2 of 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*

       *Plaintiffs,*                              *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*

       *Defendants.*                              *

                                           *

Civil Action No. 1:16-cv-03309-ELH

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _LT, REGIS L, FLYNN_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

*18 Dec 17*
Date

*Lt. Regis L. Flynn*
Signature

*LT. REGIS L. FLYNN*
Print Name

*7 VILLAGE VALE CT.*
Home Address

*REISTERSTOWN, MD, 21136*
City, State, Zip

*443 681 0416*
Phone Number

*REGIS.FLYNN@BALTIMOREPOLICE.ORG*
Email

*B-983*
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * |
| | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * |
| | * |
| *Defendants.* | * |
| | * |

Civil Action No. 1:16-cv-03309-ELH

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.   I, _Tavon D. M'Cuy Sr_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/18/17_
Date

_____ D. M°G S._
Signature

_Tavon D. M°Cuy Sr_
Print Name

_77 Gwynnswood Rd_
Home Address

_Owings Mills, MD 21117_
City, State, Zip

_443-801-4461_
Phone Number

_detectivemccoy@yahoo.com_
Email

_M562_
Sequence Number (if known)

_____
Employee ID (if known)

2

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### Northern Division

KENNETH B. BUTLER, *et al.*,                               *

*On behalf of themselves and on behalf of all*     *
*other similarly situated employees,*                      Civil Action No. 1:16-cv-03309-ELH

     *Plaintiffs,*                                        *

                              *

v.                                                                                 *

BALTIMORE POLICE DEPARTMENT,          *
*et al.,*

     *Defendants.*                                      *

                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _GLORIA CLARICE DAVIS_____, agree to pursue my
claims, as described in the Notice, arising out of my employment with Baltimore Police
Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the
above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,
as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff
herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky,
Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar
No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

1

DEC 18 17 16:38

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

| 12·17·17 | *Gloria C. Davis* |
|---|---|
| Date | Signature |
| | GLORIA  C.  DAVIS |
| | Print Name |
| | 4114 SOUTHERN AVENUE |
| | Home Address |
| | BALTIMORE, MD. 21206 |
| | City, State, Zip |
| | 410·493·8586 |
| | Phone Number |
| | Gloria.davis @ baltimorepolice.org |
| | Email |
| | G729 |
| | Sequence Number (if known) |
| | 029745 |
| | Employee ID (if known) |

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
#### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*                    Civil Action No. 1:16-cv-03309-ELH

        *Plaintiffs,*                                         *

v.                                                                       *

BALTIMORE POLICE DEPARTMENT,             *
*et al.,*                                                               *

        *Defendants.*                                        *

                                        *

*   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, ___Brian McGarry___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

DEC18 17 16:38

1

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.**

12/18/17
Date

_Signature_
Signature

Brian McGarry
Print Name

9613 Gerst Road
Home Address

Perry Hall, MD 21128
City, State, Zip

443-934-7264
Phone Number

brian.mcgarry@baltimorepolice.org
Email

G378
Sequence Number (if known)

Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,              *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*            Civil Action No. 1:16-cv-03309-ELH

*

*Plaintiffs,*                   *

v.                           *

BALTIMORE POLICE DEPARTMENT,    *
*et al.,*

*

*Defendants.*                *

*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Nathan Roles_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
_____
Date

_____
Signature

Nathan Roles
_____
Print Name

3433 Elmley Ave.
_____
Home Address

Balto. Md. 21213
_____
City, State, Zip

240-354-1922
_____
Phone Number

nathan.roles@baltimorepolice.org
_____
Email

6179
_____
Sequence Number (if known)

_____
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*      *
*other similarly situated employees,*                         Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                                    *

                                  *

v.                                                                        *

BALTIMORE POLICE DEPARTMENT,              *
*et al.*,

      *Defendants.*                                   *

                                  *

*    *    *    *    *    *    *    *    *    *    *    *    *

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.   I, ___Jeffrey Rivera___, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.   I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.     I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.     I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
_____
Date

_____
Signature

Jeffrey Rivera
_____
Print Name

2611 W. Rhododendron Drive
_____
Home Address

Abingdon, MD 21009
_____
City, State, Zip

443-682-0689
_____
Phone Number

Jeffrey.Rivera@BaltimorePolice.org
_____
Email

G-627
_____
Sequence Number (if known)

001309
_____
Employee ID (if known)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Northern Division**

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*  *
*other similarly situated employees,*                      Civil Action No. 1:16-cv-03309-ELH
                                                *
            *Plaintiffs,*
                                                *
v.                                              *

BALTIMORE POLICE DEPARTMENT,                    *
*et al.,*                                       *

            *Defendants.*                       *

                                                *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.      I, _____Kelly Johns_____, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
_____
Date

_Sgt Kelly Johns_
_____
Signature

Kelly Johns
_____
Print Name

1603 Tredegan Ave
_____
Home Address

Catonsville, MD 21228
_____
City, State, Zip

443 938-3809
_____
Phone Number

Kelly.johns@Baltimorepolice.org
_____
Email

G547
_____
Sequence Number (if known)

002609
_____
Employee ID (if known)

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*            Civil Action No. 1:16-cv-03309-ELH

     *Plaintiffs,*                             *

                                    *

v.                                              *

BALTIMORE POLICE DEPARTMENT,                     *
*et al.*,

     *Defendants.*                             *

                                      *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.     I, _Mark Walrath_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3. I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4. I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/18/17
_____
Date

_____
Signature

Mark Walrath
_____
Print Name

742 Benfield Rd
_____
Home Address

Severna Park MD 21146
_____
City, State, Zip

443 835 5152
_____
Phone Number

Jam4er@aol.com
_____
Email

E808
_____
Sequence Number (if known)

045580
_____
Employee ID (if known)

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                         Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                                *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.*,

      *Defendants.*                                *

                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

      1.    I, _Jimmy Dease_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit.

      2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

      3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/18/17_
Date

_[signature]_
Signature

_Jimmy Pease_
Print Name

_3749 Clarinth Rd._
Home Address

_Bu City Md 21215_
City, State, Zip

_443-743-9659_
Phone Number

_Hunzy75@Gmail.com_
Email

_Go19_
Sequence Number (if known)

_028759_
Employee ID (if known)

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*   *
*other similarly situated employees,*            Civil Action No. 1:16-cv-03309-ELH

     *Plaintiffs,*                              *

                                               *

v.                                              *

BALTIMORE POLICE DEPARTMENT,                    *
*et al.,*

     *Defendants.*                              *

                                               *

*   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Tayla Lynn Williams_, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_20 December 2017_
Date

_[signature]_
Signature

_[handwritten]_
Print Name

_[handwritten] Smith Place, Unit #15 Sm_
Home Address

_Bel Air, Maryland 21015_
City, State, Zip

_(443) 417-5161_
Phone Number

_[handwritten]@yahoo.com_
Email

_# G-711_
Sequence Number (if known)

_4_
Employee ID (if known)

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                    &ast;

*On behalf of themselves and on behalf of all*   &ast;
*other similarly situated employees,*             Civil Action No. 1:16-cv-03309-ELH

&ast;

     *Plaintiffs,*                            &ast;

&ast;

v.                                               &ast;

BALTIMORE POLICE DEPARTMENT,                     &ast;
*et al.,*

     *Defendants.*                           &ast;

&ast;

&ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

1.    I, _JAMES Nevin Marsh_, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

19 Dec '2017
_____
Date

_____
Signature

JAMES NEVIN MARSH
_____
Print Name

400 Rambler Road
_____
Home Address

Bel Air, MD    21015-6229
_____
City, State, Zip

443-682-2005
_____
Phone Number

JAMES.MARSH@BaLTimore Police.ORG
_____
Email

G-067
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

Civil Action No. 1:16-cv-03309-ELH

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _Vincent L. Biondo II_ , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12-19-17
Date

Signature

Vincent Lewis Blondo II
Print Name

9515 Horn Ave
Home Address

Nottingham, MD, 21236
City, State, Zip

410 913 4822
Phone Number

BlondoVl@Gmail.com
Email

J752
Sequence Number (if known)

Employee ID (if known)

2

**\*\*\*IMPORTANT NOTE\*\*\***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated employees,*                  Civil Action No. 1:16-cv-03309-ELH
                                *

     *Plaintiffs,*                              *

v.                                              *

BALTIMORE POLICE DEPARTMENT,                    *
*et al.,*

     *Defendants.*                              *

                                *

*    *    *    *    *    *    *    *    *    *    *    *    *

### CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
### BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _____Trevor    Curtis_____, agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.      I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.      I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12-19-17
_____
Date

_____
Signature

Trevor Curtis
_____
Print Name

1814 Waltman Rd
_____
Home Address

Edgewood MD 21040
_____
City, State, Zip

848-702-1612
_____
Phone Number

Trevor.Curtis@Baltimorepolice.org
_____
Email

J491
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

KENNETH B. BUTLER, *et al.*,                              *

*On behalf of themselves and on behalf of all*           *
*other similarly situated employees,*                     
                              *   Civil Action No. 1:16-cv-03309-ELH

      *Plaintiffs,*                             *

v.                                                       *

BALTIMORE POLICE DEPARTMENT,                             *
*et al.,*

      *Defendants.*                             *

                              *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
## BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, Jared Dollard , agree to pursue my claims, as described in the Notice, arising out of my employment with Baltimore Police Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12/19/2017
_____
Date

_____
Signature

Jared Dollard
_____
Print Name

642 Parkland Pl
_____
Home Address

Glen Burnie  MD  21061
_____
City, State, Zip

813·422·3172
_____
Phone Number

jared.dollard@gmail.com
_____
Email

I803
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights.  Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                        Civil Action No. 1:16-cv-03309-ELH
                                                      *
　　　*Plaintiffs,*
                                                      *
v.
                                                      *
BALTIMORE POLICE DEPARTMENT,
*et al.,*                                             *

　　　*Defendants.*                                  *

                                                      *

*　*　*　*　*　*　*　*　*　*　*　*　*

**CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE**
**BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT**

　　1.　　I, _John Gossett_____, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

　　2.　　I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

12-19-2017
_____
Date

_____
Signature

John Gossett
_____
Print Name

32 Nunnery Lane
_____
Home Address

Catonsville, MD, 21228
_____
City, State, Zip

410-353-9796
_____
Phone Number

John.Gossett@BaltimorePolice.org
_____
Email

T-812
_____
Sequence Number (if known)

_____
Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| KENNETH B. BUTLER, *et al.*, | * |
| *On behalf of themselves and on behalf of all* | * |
| *other similarly situated employees,* | * |
| | * |
| Plaintiffs, | |
| | * |
| v. | |
| | * |
| BALTIMORE POLICE DEPARTMENT, | |
| *et al.,* | * |
| | |
| Defendants. | * |
| | * |

Civil Action No. 1:16-cv-03309-ELH

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

CONSENT TO BE A PARTY PLAINTIFF IN SUIT AGAINST THE
BALTIMORE POLICE DEPARTMENT UNDER THE FAIR LABOR STANDARDS ACT

1.    I, _David A Burch Jr._____, agree to pursue my

claims, as described in the Notice, arising out of my employment with Baltimore Police

Department and the Mayor and City Council of Baltimore ("Defendants") in connection with the

above referenced lawsuit. This Consent Form relates back to September 30, 2016, which is the

date the lawsuit was filed. As a result, my claims relate back to September 30, 2013, which is three

years prior to the Original Complaint being filed in this lawsuit.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff

herein and be bound to any judgment by the Court or any settlement of this action.

1

3.    I, hereby, designate Judd G. Millman, Esq. (Bar No. 18212), Bruce M. Luchansky, Esq. (Bar No. 08439), and Luchansky Law, and Herb Weiner, Esq., Michael E. Davey, Esq. (Bar No. 29188) and Schlachman, Belsky & Weiner, P.A., to represent me for all purposes in this action.

4.    I also designate collective action representative(s) who agree to serve on a settlement committee as my representative to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

**PLEASE PRINT LEGIBLY**; ANY INABILITY TO READ THE INFORMATION YOU PROVIDE BELOW COULD JEOPARDIZE YOUR PARTICIPATION IN THIS MATTER.

_12/19/17_
Date

_[Signature]_
Signature

David A. Burch Jr.
Print Name

613 George St Apt 5
Home Address

Baltimore, MD 21201
City, State, Zip

443-702-6414
Phone Number

david.burchJr.@baltimorepolice.org
Email

5645
Sequence Number (if known)

Employee ID (if known)

2

***IMPORTANT NOTE***

Statute of limitations concerns mandate that you return this form as soon as possible in order to preserve your rights. Each day you wait to return this form may be the last day a claim can be filed on your behalf or may result in reducing the potential recovery you may be entitled to receive.