IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated employees,* | * | Civil Action No. 1:16-cv-03309-ELH |
| | * | |
| Plaintiffs, | * | |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING CONSENT TO BECOME
A PARTY PLAINTIFF AND JOIN A COLLECTIVE ACTION**

Plaintiffs, Ronald Rinehart, James Gipson, III, Eric Dodson, Harold J. Dent, III, Terrill Maddred, Chalenda M. Rogers, Erwin A. Scofield, II, Damien Manning, John B. Robinson, Gene A. Bennett, Mark Smith, Dane L. Hicks, John Fernandez, Audwyn A. John, James L. Conley, III, Jennifer Huffman, Janell Sabb, Carlos Rivera-Martinez, Carlos Sinchi, Billy E. Shiflett, Derek Herndon, Benjamin L. Frieman, Shante Reese, Dion D. Brooks, Sr., Kenneth Scott, II, Stephen Davis, Nicholas R. Betz, Karyn L. Crisafulli, Scott A. Armstrong, Fletcher L. Jackson, Russell S. Robar, John Potter, Janine Gilley, Corey Valis, Arturo Garvin, Arthur W. Page, Jr., Wilnick Makius, Shakisha Crown, Alexandria Popham, Aryne P. Lofton, Bryan Ford, Aaron Robinson, Kenneth Nauman, Jacques Plater, Alan J. Savage, Yvette Dewgard, Angel Batey, Joseph Poremski, Jeffrey Hernandez, Rocco Fusillo, Alexis Emmanuelli, Henrietta Middleton, Anita C. Pitts, Joan Wells, William H. Nave, Jr., Jeffrey Thomas, Deandrea Jones, George J. Stiemly, Jr., Jerry McClairn, Vanessa Simpson, Sharron S. Mason, Kirk Henry, Lorraine Marketti, Syreeta

Harvin, Julio Jaramillo, Rico Calcitrai, Edward C. Gordon, Lisa Coleman, Lavern Ellis, Robert L. Hartlove, Tameka Alford, Roberto Cornejo, Brian Frazier, Nicole Marion, Nicole Williams, Raymond E. Lloyd, III, Eddys Navarro, Tiffany Q. Brown, Antwon Foster, Angelo W. Brooks, Ronald C. Bryant, James C. Scott, Jr., Jessie A. Barnes, Danyell Cooper, Adriene Byrd, Lakiea M. Jones, Shawntad Randall, Jeffrey L. Mellott, William J. Hildebrandt, Charles M. McCanley, Jr., Shanice Price, Jeffrey Shorter, William C. Janu, III, Damion C. Walford, Raymond Rodriguez, Vladimy Vertus, John T. Beamer, III, Joseph DeBronzo and Exdol Williams, on behalf of themselves and all other similarly situated employees, state as follows:

1. Pursuant to 29 U.S.C. section 216(b), Ronald Rinehart, James Gipson, III, Eric Dodson, Harold J. Dent, III, Terrill Maddred, Chalenda M. Rogers, Erwin A. Scofield, II, Damien Manning, John B. Robinson, Gene A. Bennett, Mark Smith, Dane L. Hicks, John Fernandez, Audwyn A. John, James L. Conley, III, Jennifer Huffman, Janell Sabb, Carlos Rivera-Martinez, Carlos Sinchi, Billy E. Shiflett, Derek Herndon, Benjamin L. Frieman, Shante Reese, Dion D. Brooks, Sr., Kenneth Scott, II, Stephen Davis, Nicholas R. Betz, Karyn L. Crisafulli, Scott A. Armstrong, Fletcher L. Jackson, Russell S. Robar, John Potter, Janine Gilley, Corey Valis, Arturo Garvin, Arthur W. Page, Jr., Wilnick Makius, Shakisha Crown, Alexandria Popham, Aryne P. Lofton, Bryan Ford, Aaron Robinson, Kenneth Nauman, Jacques Plater, Alan J. Savage, Yvette Dewgard, Angel Batey, Joseph Poremski, Jeffrey Hernandez, Rocco Fusillo, Alexis Emmanuelli, Henrietta Middleton, Anita C. Pitts, Joan Wells, William H. Nave, Jr., Jeffrey Thomas, Deandrea Jones, George J. Stiemly, Jr., Jerry McClairn, Vanessa Simpson, Sharron S. Mason, Kirk Henry, Lorraine Marketti, Syreeta Harvin, Julio Jaramillo, Rico Calcitrai, Edward C. Gordon, Lisa Coleman, Lavern Ellis, Robert L. Hartlove, Tameka Alford, Roberto Cornejo, Brian Frazier, Nicole Marion, Nicole Williams, Raymond E. Lloyd, III, Eddys Navarro, Tiffany Q. Brown,

Antwon Foster, Angelo W. Brooks, Ronald C. Bryant, James C. Scott, Jr., Jessie A. Barnes, Danyell Cooper, Adriene Byrd, Lakiea M. Jones, Shawntad Randall, Jeffrey L. Mellott, William J. Hildebrandt, Charles M. McCanley, Jr., Shanice Price, Jeffrey Shorter, William C. Janu, III, Damion C. Walford, Raymond Rodriguez, Vladimy Vertus, John T. Beamer, III, Joseph DeBronzo and Exdol Williams have executed and, hereby, file the attached consent forms for the purpose of providing notice of their consent to become party plaintiffs and to join this collective action lawsuit. Ex. 1 (99 Opt-in forms).

Dated: January 2, 2018                              Respectfully submitted,

                                        /s/ Samuel C. Pinsky
                                    Samuel C. Pinsky (Fed Bar No. 19575)
                                      sam@luchanskylaw.com
                                    Judd G. Millman (Fed Bar No. 18212)
                                      judd@luchanskylaw.com
                                    Bruce M. Luchansky (Fed. Bar No. 08439)
                                      lucky@luchanskylaw.com
                                    **LUCHANSKY LAW**
                                    606 Bosley Avenue, Suite 3B
                                    Towson, Maryland 21204
                                    Telephone: (410) 522-1020
                                    Facsimile: (410) 522-1021
                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, a true and correct copy of the foregoing Notice of Consent to Become a Party Plaintiff was served via the Court's ECF system upon all attorneys properly registered for notification in this matter.

                                        /s/ *Sam Pinsky*
                                    Samuel C. Pinsky