## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KENNETH B. BUTLER, *et al.*,                          *

*On behalf of themselves and on behalf of all*        *
*other similarly situated employees,*                      Civil Action No. 1:16-cv-03309-ELH

    *Plaintiffs,*                                  *

v.                                                    *

BALTIMORE POLICE DEPARTMENT,                          *
*et al.,*

    *Defendants.*                                  *

          *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF FILING CONSENT TO BECOME
## A PARTY PLAINTIFF AND JOIN A COLLECTIVE ACTION

Plaintiffs Scott Harler, Christopher M. Thomas, Frank Jenkins, Marcus Smothers, Elvin Cruz, Kristopher C. Hayes, Shakisha Foye, Timika Dyson, Latreese Lee, Jasmin Rowlett, Shantel Bonaparte, Ishmael Weekes, Kent R. Jeffrey, Michael V. Furia, Demitria Y. Pennington, Monica Albino, Wayne Ambrose, Keenon Murphy, Wendy K. Farley, Alex Hashagen, Mark A. Ruthowski, Thomas Wolf, Joshua Phoebus, Travis Ryckman, Steven N. Rose, Troy J. Cooper, Kellie Finnis, Quinsise Green, Bernadette Grimes, Donishia Carmichael, Jill Murphy, Kelly Steinhorn, Michael Lang, Adriel Nunez, Brent Fleming, John J. Hanyok, Emiljana Kodra, Thaddeus Eley, Dennis Jones, Lloyd Wells, Jason Lee, Dwyne Jones, Trina Slaughter, Adam G. Yates, Deborah Murray, Jon T. Jukam, John Gilmore, Gary Klado, Charlene Nowell, Michael D. Jones, Kevin Kolb, Jose R. Bruno, Mark A. Crenshaw, Ryan Blankenship, Jeremy Zimmerman, Amy Streett, Warren S. Banks, II, Porfirio Negron, Eric Ayala, Felix Velez, Jordan Distance, Reginald M. Jones, III, Daniel T. Pevarnik, Jr., Heyward Bonaparte, LaMaire Byfield, Valencia

Gavin, James E. Washington, Rafael G. McLeod, Lawrence LaPrade, Carl Randolph, Natasha D. Hill, Angela Carter-Watson, Robert LeBron, Kyesha Coleman, Jonathan Garrett, Olufemi O. Akinwande, Daniel P. Meehan, Matthew B. Ensor, Charles Farley, Steve Sturm, Richard Gibson, Charles M. Rollhauser, Jr, Angel Villaronga, Luis Garcia, Adrian Oritz, James Klein, Jr., Michael Yezzi, Shelia Raheem, Darwin Noesi, Michael J. Rocks, Jr., Roberto J. Arena, Brandon A. Sanchez, Sr., Tyler J. Sentz, Kevin Chan, John Romeo, Verna Severin, Sheena I. Newman, David T. Richardson, Thomas Heflin, Jr., and Lewis McAlexander, on behalf of themselves and all other similarly situated employees, state as follows:

1.    Pursuant to 29 U.S.C. section 216(b), Scott Harler, Christopher M. Thomas, Frank Jenkins, Marcus Smothers, Elvin Cruz, Kristopher C. Hayes, Shakisha Foye, Timika Dyson, Latreese Lee, Jasmin Rowlett, Shantel Bonaparte, Ishmael Weekes, Kent R. Jeffrey, Michael V. Furia, Demitria Y. Pennington, Monica Albino, Wayne Ambrose, Keenon Murphy, Wendy K. Farley, Alex Hashagen, Mark A. Ruthowski, Thomas Wolf, Joshua Phoebus, Travis Ryckman, Steven N. Rose, Troy J. Cooper, Kellie Finnis, Quinsise Green, Bernadette Grimes, Donishia Carmichael, Jill Murphy, Kelly Steinhorn, Michael Lang, Adriel Nunez, Brent Fleming, John J. Hanyok, Emiljana Kodra, Thaddeus Eley, Dennis Jones, Lloyd Wells, Jason Lee, Dwyne Jones, Trina Slaughter, Adam G. Yates, Deborah Murray, Jon T. Jukam, John Gilmore, Gary Klado, Charlene Nowell, Michael D. Jones, Kevin Kolb, Jose R. Bruno, Mark A. Crenshaw, Ryan Blankenship, Jeremy Zimmerman, Amy Streett, Warren S. Banks, II, Porfirio Negron, Eric Ayala, Felix Velez, Jordan Distance, Reginald M. Jones, III, Daniel T. Pevarnik, Jr., Heyward Bonaparte, LaMaire Byfield, Valencia Gavin, James E. Washington, Rafael G. McLeod, Lawrence LaPrade, Carl Randolph, Natasha D. Hill, Angela Carter-Watson, Robert LeBron, Kyesha Coleman, Jonathan Garrett, Olufemi O. Akinwande, Daniel P. Meehan, Matthew B. Ensor, Charles Farley,

Steve Sturm, Richard Gibson, Charles M. Rollhauser, Jr, Angel Villaronga, Luis Garcia, Adrian Oritz, James Klein, Jr., Michael Yezzi, Shelia Raheem, Darwin Noesi, Michael J. Rocks, Jr., Roberto J. Arena, Brandon A. Sanchez, Sr., Tyler J. Sentz, Kevin Chan, John Romeo, Verna Severin, Sheena I. Newman, David T. Richardson, Thomas Heflin, Jr., and Lewis McAlexander, have executed and, hereby, file the attached consent forms for the purpose of providing notice of their consent to become party plaintiffs and to join this collective action lawsuit.  Ex. 1 (100 Opt-in forms).

Dated: January 5, 2018                              Respectfully submitted,


                                       _____/s/ Samuel C. Pinsky_____
                                       Samuel C. Pinsky (Fed Bar No. 19575)
                                         sam@luchanskylaw.com
                                       Judd G. Millman (Fed Bar No. 18212)
                                         judd@luchanskylaw.com
                                       Bruce M. Luchansky (Fed. Bar No. 08439)
                                         lucky@luchanskylaw.com
                                       **LUCHANSKY LAW**
                                       606 Bosley Avenue, Suite 3B
                                       Towson, Maryland 21204
                                       Telephone: (410) 522-1020
                                       Facsimile: (410) 522-1021
                                       *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2018, a true and correct copy of the foregoing Notice of Consent to Become a Party Plaintiff was served via the Court's ECF system upon all attorneys properly registered for notification in this matter.


                                       _____/s/ Sam Pinsky_____
                                       Samuel C. Pinsky