IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH B. BUTLER, *et al.*,    *

*On behalf of themselves and on behalf of all*    *
*other similarly situated individuals,*
                                *
    Plaintiffs,            Civil Action No. 1:16-cv-03309-ELH-JMC
                                *
v.
                                *
BALTIMORE POLICE DEPARTMENT,
*et al.*,                       *

    Defendants.         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Parties' Joint Motion for Modification of the Scheduling Order, the Motion is hereby GRANTED, and the following shall be the schedule going forward:

| EVENT | DEADLINE |
| --- | --- |
| Plaintiffs' Rule 26(a)(2) expert disclosures due | September 24, 2020 |
| Defendants' Rule 26(a)(2) expert disclosures due | October 23, 2020 |
| Discovery Cut-Off-Status Report | November 24, 2020 |
| Requests for Admissions | December 8, 2020 |
| Dispositive Motions | January 22, 2021 |

Date: August 3rd, 2020

                                                  Hon. J. Mark Coulson
                                                United States Magistrate Judge

