IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH B. BUTLER, *et al.*, | * | |
| *On behalf of themselves and on behalf of all other similarly situated individuals,* | * | |
| | * | |
| Plaintiffs, | | Civil Action No. 1:16-cv-03309-ELH-JMC |
| | * | |
| v. | | |
| | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.,* | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

WHEREAS, the parties have reached a settlement to resolve their differences with respect to all allegations and claims that have been raised or could have been raised in this matter pursuant to the terms and conditions of that certain Settlement Agreement and General Release (the "Settlement Agreement"). Having reviewed the Joint Motion for Judicial Approval of Settlement Agreement (the "Motion"), and having reviewed the Settlement Agreement between the parties attached thereto, it is hereby ORDERED this <u>28th</u> day of <u>July</u>, 2021, that:

1. The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute over the application of the Fair Labor Standards Act; and

2. The Court APPROVES the terms of the Settlement Agreement, and the Motion is GRANTED.

3. The above-captioned action is hereby DISMISSED WITH PREJUDICE in its entirety; and

4. Each party shall be responsible to pay her, his, and its own costs, disbursements and attorney's fees incurred in connection with the above-captioned action, except to the extent otherwise provided in the Settlement Agreement; and

5. This Court and the undersigned Judge hereby retain jurisdiction over the enforcement of, and any dispute arising under, the Settlement Agreement; and

6. The Clerk is directed to close this case.

**SO ORDERED, by the Court:**

Date:   August 3, 2021                                              /s/
                                                        J. Mark Coulson
                                                        United States Magistrate Judge